CHOTIN TRANSPORTATION, INC., Plaintiff-Appellant,

Tenneco Chemical, Inc., Intervenor-Appellant,

v.

The M/V HUGH C. BLASKE, her engines, tackle, apparel, etc., in rem, and American Commercial Barge Line Company, in personam, Defendants-Appellees.

AMERICAN COMMERCIAL LINES, INC., et al., Plaintiffs-Appellees,

v.

CHOTIN TRANSPORTATION, INC.; in personam, et al., Defendants-Appellants.

BUNGE CORPORATION, Plaintiff-Appellee,

v.

CHOTIN TRANSPORTATION, INC., the M/V PAT CHOTIN and the M/V JOEY CHOTIN, Defendants-Appellants.

No. 72-3512
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 2, 1973.

John Poitevant, John W. Sims, H. Barton Williams, New Orleans, La., for appellants.

Robert B. Acomb, Jr., Francis Emmett, New Orleans, La., for appellees.

Before BELL, GODBOLD and INGRAHAM, Circuit Judges.

PER CURIAM:

We affirm on the opinion of the District Court, reported at 356 F.Supp. 388 (E.D.La.1972).

UNITED STATES of America, Plaintiff-Appellant-Cross-Appellee, and Chevron Oil Company et al., Additional Defendants-Appellants-Cross-Appellees,

v.

Leo BURAS, Jr., et al., Defendants (1-26)-Appellees-Cross-Appellants,

v.

Philibert BURAS et al., Intervenors-Appellants.

No. 31115.

United States Court of Appeals,
Fifth Circuit.

Dec. 26, 1972.

Lawrence K. Benson, Charles D. Marshall, Wilson S. Shirley, Jr., Sidney C. Schoenberger, New Orleans, La., Luke A. Petrovich, Buras, La., Turner Hudson McBaine, Donald E. Peterson, San Francisco, Cal., Gerald J. Gallinghouse, U. S. Atty., New Orleans, La., Shiro Kashiwa, Asst. Atty. Gen., Edmund D. Clark, John J. Cain, Attys., Dept. of Justice, Land Div., Washington, D. C., for appellants.

Phillip A. Wittmann, New Orleans, La., E. Drew McKinnis, Baton Rouge, La., S. W. Plauche, Jr., Lake Charles, La., John H. Tucker, Jr., Shreveport, La., for appellees.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion March 23, 1972, 5th Cir., 1972, 458 F.2d 346).

Before TUTTLE, GEWIN and GOLDBERG, Circuit Judges.

PER CURIAM:

The Petition for Rehearing and motion to file supplementary petition for rehearing are hereby denied and the Court having been polled at the request of one

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.